**J. W. JOHNSON-WINCO CORP. v. L & B AUCTION PRODUCTS, INC.**— Motion to strike appeal from calendar of this court denied with leave to the plaintiff to hand up on the argument of the appeal the original or a true copy of the exhibit complained of.   Concur — Breitel, J. P., McNally, Eager, Steuer and Bergan, JJ.